HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:82-cr-00145-TLN |
| Plaintiff, | ORDER EXONERATING PROPERTY BOND AND FOR RECONVEYANCE OF DEED |
| v. | |
| JAMES LOUIS AUGUSTINE, | Judge: Hon. Troy L. Nunley |
| Defendant. | |

The Court hereby EXONERATES the property bond posted in this case in 1982 by Patricia Clark and ORDERS that the property be reconveyed using the Substitution of Trustee and Full Reconveyance attached to the Motion and that such Reconveyance be recorded.

Dated: February 3, 2023

_____
Troy L. Nunley
United States District Judge